Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:94CR03073-02/RV

BENJAMIN FRANKLIN HOWZE

On September 29, 1994, the above named was sentenced to a period of five (5) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Benjamin Franklin Howze be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _____ day of ___March___, 20_06_.

Roger Vinson  
Senior U.S. District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
PENSACOLA, FLA.

06 MAR 15 AM 11: 10

FILED